# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ROGELIO REYNA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-03-1757-M |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| and | ) | Consolidated with |
| | ) | |
| ROGELIO REYNA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-04-221-M |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Pursuant to a separate order issued this date, the Court hereby enters judgment in favor of Defendant, United States of America, and against Plaintiff, Rogelio Reyna, as to all claims raised in Case Nos. CIV-03-1757-M and CIV-04-221-M.

**ENTERED at Oklahoma City, Oklahoma this 11th day of May, 2005.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE